USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAFFAELE M. PANDOZY,

            Plaintiff,

-against-

ROBERT J. GUMENICK, P.C.,

            Defendant.
------------------------------------------------------------X

07 CIVIL 1242 (NRB)

**JUDGMENT**

Defendant having moved to dismiss this action, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on May 23, 2008, having rendered its Memorandum and Order granting defendant's motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 23, 2008, defendant's motion to dismiss is granted.

**Dated:** New York, New York
         May 28, 2008

J. MICHAEL McMAHON
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON DOCKET ON _____